IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 22-00126-01-CR-W-BP |
| ) | |
| MARK L. FLAAEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 21, 2022, the Honorable W. Brian Gaddy, Magistrate Judge for this District, issued a Report and Recommendation, suggesting Defendant be found "competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense." (Doc. 30, p. 2.) No party levied an objection, and the time to do so has passed. *See* Local Rule 74.1(b). The Court has conducted a *de novo* review of the Record—namely, the Forensic Evaluation of Defendant, (Doc. 27), and the transcript of the competency hearing, (Doc. 31)—and Judge Gaddy's Report and Recommendation. It agrees with his conclusions. Therefore, the Report and Recommendation is **ADOPTED** in its entirety, and Defendant is **DEEMED** competent to stand trial.

**IT IS SO ORDERED.**

 /s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
Date: January 13, 2023     UNITED STATES DISTRICT COURT